UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LOUIS C. TRIMBLE,<br><br>　　　　　Plaintiff. | Case No. 20-09417 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 19) |

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983, regarding conditions of confinement due to the COVID-19 pandemic. Dkt. No. 1. On April 28, 2021, the Court dismissed the complaint with leave to amend to correct various deficiencies. Dkt. No. 12. On September 29, 2021, Plaintiff was granted an extension of time to file an amended complaint. Dkt. No. 17. On October 21, 2021, Plaintiff filed a request for an extension of time to file an amended complaint as he did not receive the court order until October 14, 2021, and he needs more time to identify proper defendant. Dkt. No. 19. Although Plaintiff filed a form complaint with his request, it is clearly deficient because he fails to identify any defendant by name therein. Dkt. No. 18.

Good cause appearing, Plaintiff shall be granted an extension of time to file an amended complaint. Plaintiff shall file an amended complaint **within forty-two (42) days** of the date this order is filed, to correct the deficiencies described in the Court's Order of

Dismissal with Leave to Amend.  Dkt. No. 12.

**Failure to respond in accordance with this order in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall include a copy of the last court order, Dkt. No. 12, and two copies of the court's form **complaint** with a copy of this order to Plaintiff.  The "Complaint" filed under Docket No. 18 shall be stricken.

**IT IS SO ORDERED.**

Dated:  __October 27, 2021_____

BETH LABSON FREEMAN
United States District Judge