UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LOUIS C. TRIMBLE,

Plaintiff.

Case No. 20-09417 BLF (PR)

**JUDGMENT**

    The Court has dismissed the instant action with prejudice for failure to state a claim for relief. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated: __April 7, 2022_____**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\09417Trimble_judgment